# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-19-00669-CR
NO. 03-19-00670-CR
NO. 03-19-00671-CR
NO. 03-19-00672-CR
NO. 03-19-00673-CR
NO. 03-19-00674-CR
NO. 03-19-00675-CR
NO. 03-19-00676-CR
NO. 03-19-00677-CR
NO. 03-19-00678-CR
NO. 03-19-00679-CR
NO. 03-19-00680-CR
NO. 03-19-00681-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT OF MILAM COUNTY
NOS. CR35714, CR35715, CR35716, CR35717, CR35718, CR35719,
CR35720, CR35721, CR35722, CR35723, CR35724, CR35725, CR35726
THE HONORABLE STEVE YOUNG, JUDGE PRESIDING**

## MEMORANDUM OPINION

The clerk's records in these appeals were due for filing in this Court on October 21, 2019. On February 7, 2020, we notified appellant that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record in each of these appeals. The notice for each appeal requested that appellant make

arrangements for the clerk's record and submit a status report regarding the appeal by February 18, 2020. Further, the notices advised appellant that his failure to comply with this request could result in the dismissal of each appeal for want of prosecution. In each appeal, the notice was returned to sender as "not deliverable as addressed" and "unable to forward." To date, appellant has not updated his address with the Court, and the clerk's records have not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In these cases, appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record in each appeal, these appeals are dismissed for want of prosecution.

_____
Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: April 3, 2020

2